UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICKY J. THURSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:11-cv-1655-WTL-MJD |
| | ) | |
| TERRY STEPHENSON, | ) | |
| | ) | |
| Defendant. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this action is dismissed without prejudice.

Date: 12/04/2013

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Ricky J. Thurston
DOC 901822
Wabash Valley Correctional Facility
6908 S. Old U.S. Highway 41
Carlisle, IN 47838

Electronically Registered Counsel